**STEVEN GOLDSTEIN. ESQ.**
**GOLDSTEIN & HANDWERKER, LLP**
**1199 Route 22 East**
**Mountainside, New Jersey 07092**
**Tel.: (973) 912-0555**
**Fax: (973) 379-5602**
**Attorneys for Plaintiff**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
-------------------------------------------------------X
MILAN WILLIAMS,

                        Plaintiff,

  -v-

JACEK KWIATKOWSKI, UNITED STATES
MARSHALS SERVICE, THE UNITED
STATES OF AMERICA, JOHN/JANE DOES
1-10, fictitious names for persons whose
identities are presently unknown and ABC
CORPORATIONS 1-10, fictitious names for
entities whose identities are presently unknown,

                       Defendants.
-------------------------------------------------------X

**CASE NO.: 1:23-cv-20873**

**COMPLAINT**

MOTOR VEHICLE ACCIDENT
COMPLAINT

Plaintiff **MILAN WILLIAMS** residing in the County of Hudson, State of New Jersey, complaining of the Defendants, deposes and says:

## INTRODUCTION

1. This is an action for damages against all Defendants for personal injuries sustained as a result of the negligence of the Defendants, and their agents servants and employees under the Federal Tort Claims Act (FTCA). Plaintiff seeks compensatory damages, costs and attorney's fees pursuant to the FTCA.

## JURISDICTION AND VENUE

2. Jurisdiction of this Court arises under 28 U.S.C. § 1346(b)(1). Venue in this District is proper in that the conduct complained of occurred here and the Plaintiff resides here. 28 U.S.C. § 1391.

## WAIVER OF SOVEREIGN IMMUNITY

3. The FTCA is a limited waiver of sovereign immunity for injury or loss of property, or personal injury or death caused by the negligent or wrongful act or omission of any employee of the Government while acting within the scope of his office or employment, under circumstances where the United States, if a private person, would be liable to the claimant in accordance with the law of the place where the act or omission occurred. 28 U.S.C. § 1346

## PARTIES

4. Plaintiff, MILAN WILLIAMS, is a natural person residing in Bayonne, New Jersey, Hudson County.

5. Defendants the United States of America and the United States Marshals Service are one and the same, a sovereign.

6. Defendant Jacek Kwiatkowski is an employee, agent and/or servant of the United States Marshals Service and the United States of America.

7. Defendants John Does I-V are unidentified employees, agents or servants of the United States of America and the United States Marshals Service acting within the scope of their employment.

8. All defendants were operating within the State of New Jersey at the time and place of the occurrence of this lawsuit.

## REQUEST FOR COSTS OF LITIGATION

9. Plaintiff respectfully requests that this Court award Plaintiff litigation expenses, in accordance with the provisions of the FTCA.

## GENERAL FACTUAL BASIS

10. On or about February 8, 2022, the Plaintiff Milan Williams was operating her motor vehicle at Route 1 & 9 South exit ramp in Township of Secaucus, County of Hudson and, State of New Jersey.

11. At the same time and place JACEK KWIATKOWSKI operated motor vehicle owned by the United States Marshals Service and the United States of America. This defendant was acting within the scope of his employment.

12.     The Defendants, jointly severally and in the alternative did so recklessly, carelessly and negligently operate their motor vehicle while operating it so as to cause it to collide with the Plaintiff's vehicle.

13.     As a direct and proximate result of the Defendants' negligence, the Plaintiff, Milan Williams, sustained personal injuries, which resulted in permanent injuries, which have not healed to function normally and will not heal to function normally with further medical treatment.

14.     As a further result of the Defendants' negligence, Plaintiff has incurred and will continue to incur expenses for doctors, hospital and other medical treatment for her injuries. In addition, Plaintiff has been disabled and unable to perform her usual functions and has been caused and will be caused great pain and suffering, to her great loss and damage.

15.     As a further result of the Defendants' negligence, Plaintiff has been deprived of the use of her motor vehicle and her motor vehicle has been damaged.

16.     All conditions precedent to the bringing of this action have been performed, waived or excused, including but not limited to, the presentation of the claim,
28 U.S.C. § 2675(a) and the statement of a sum certain. 28 U.S.C. § 2675(b).

17.     That the matter in controversy exceeds the amount of Seventy Five Thousand ($75,000.00) Dollars.

18.     As a result of the conduct of the defendants as described above, plaintiff has been damaged in an amount that exceeds Seventy Five Thousand ($75,000.00) Dollars.

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendants for damages in an amount greater than $75,000.00 inclusive of any costs and fees and for such other and further relief as may be just and proper.

                                                                                GOLDSTEIN & HANDWERKER, LLP
                                                                                Attorneys for Plaintiff

Dated:   October 3, 2023          By:      *Steven Goldstein*
                                                                                STEVEN GOLDSTEIN, ESQ.
                                                                                1199 Route 22 East
                                                                                Mountainside, New Jersey 07092
                                                                                (973) 912-0555